IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEDARC LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:20-CV-02974-N |
| THE TRAVELERS COMPANIES INC, | § § § § | |
| Defendant. | § § | |

# ORDER TO WITHDRAW REFERENCE

The District Court sua sponte withdraws the reference to the Bankruptcy Court and hereby refers this matter to Magistrate Judge Irma Carrillo Ramirez for pretrial management.

Signed January 28, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE